UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBIN WELBOURNE et al.,<br><br>      Plaintiffs,<br><br>   -against-<br><br>UNION SQUARE HOSPITALITY GROUP, LLC,<br><br>      Defendant. | 24-CV-2129 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The parties are directed to submit a joint letter updating the Court on the status of the ongoing mediation process between the parties by SEPTEMBER 13, 2024 at 5:00 PM ET.

  SO ORDERED.

Dated: September 10, 2024
   New York, New York

                      _____
                      ARUN SUBRAMANIAN
                      United States District Judge