```
┌─────────────────────────────────────────┐
│ USDC SDNY                                │
│ DOCUMENT                                 │
│ ELECTRONICALLY FILED                     │
│ DOC #:_____                    │
│ DATE FILED: 2/6/25                       │
└─────────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ROBIN WELBORNE & DAVID LEE MIKELL,     :
JR.,                                   :                    ORDER
                                       :
                        Plaintiffs,    :          24-CV-2129 (VEC)
                                       :
            -against-                  :
                                       :
UNION SQUARE HOSPITALITY GROUP, LLC,   :
                        Defendant.     :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties called the Court regarding a discovery dispute on February 6,

2025.

IT IS HEREBY ORDERED that the parties appear before the Court telephonically on

**February 7, 2025** at **2:30 P.M.**  All parties must attend by dialing 1-855-244-8681 and using the

access code 2316 138 5290.  If prompted to give a "business code," please ignore the prompt. All

attendees are advised to mute their phones when not speaking and to self-identify each time they

speak. There will be a court reporter on the call.


**SO ORDERED.**

Date:  **February 6, 2025**                          _____
       **New York, New York**                              **VALERIE CAPRONI**
                                                    **United States District Judge**