```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ROBIN WELBORNE & DAVID LEE MIKELL, :
JR.,                                                                              :            ORDER
                                                                                         :
                                                 Plaintiffs,    :            24-CV-2129 (VEC)
                                                                                         :
                      -against-                                            :
                                                                                         :
UNION SQUARE HOSPITALITY GROUP, LLC, :
                                                            Defendant.  :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court held a teleconference on February 7, 2025 regarding a discovery dispute.

IT IS HEREBY ORDERED that Defendant is ordered to produce in a timely fashion: 1) all documents associated with the people who were hired for the positions for which Plaintiffs applied that have not yet been produced; 2) a declaration from an individual with knowledge of the efforts taken to recover the text messages and emails that were sent between Mr. Guzman to Mr. Speck; and 3) the EEO voluntary self-identification forms for the individuals who were hired for the positions for which Plaintiffs applied.

**SO ORDERED.**

Date:  **February 7, 2025**
        **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**