```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
ROBIN WELBORNE & DAVID LEE MIKELL, JR., :
: **ORDER**
:
Plaintiffs, : 24-CV-2129 (VEC)
:
-against- :
:
UNION SQUARE HOSPITALITY GROUP, LLC, :
Defendant. :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court held a post-fact discovery conference on March 28, 2025.

IT IS HEREBY ORDERED that Defendant is ordered to produce a declaration from a knowledgeable employee by **April 11, 2025**, that clarifies the corporate ownership of Union Square Events ("USE"), the nature of the sale of USE, and whether USE's liabilities transferred with the sale.

IT IS FURTHER ORDERED that Plaintiffs' spoliation motion is due **April 18, 2025**; Defendant's response is due **May 6, 2025**; and Plaintiffs' reply is due **May 23, 2025**.

IT IS FURTHER ORDERED that the Court will enter a referral to Magistrate Judge Gorenstein for a settlement conference by separate order.

**SO ORDERED.**

Date: **March 28, 2025**
New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**